EXHIBIT A

JANUARY 12, 1955 WILL OF J.V. LUCAS

# WILL

134

I, J. V. LUCAS, of Banco, Logan County, West Virginia, being of sound mind and disposing memory, do hereby make, publish and declare this to be my last will and testament. As a preface to my will I wish to make this statement that in disposing of my earthly possessions I desire that my beloved wife and children shall share equally in my estate. To that end I make the following disposition of my property.

## I

I desire my Executor hereinafter named to pay all my just debts and funeral expenses, including State Inheritance Tax and Federal Estate Tax, if any, which debts, funeral expenses and taxes shall be paid out of the personal property.

## II

As soon after my decease as it is conveniently possible, I direct my Executor to employ a competent surveyor and two other honest and capable men to divide all the surface of the lands of which I own at the time of my death which division of the surface of my lands shall be made so that each of my nine (9) children shall receive as his or her share an amount of the surface of the land equal in value to the amount received by each of the other heirs. In making said division of the surface of my lands, it is to be specifically understood that I give and devise to my son, Paul Lucas, the home place by which I mean the home and sufficient amount of land around the same so that the value of said part hereby devised to Paul Lucas shall equal a one-ninth (1/9) of the value of the surface of all my land. It is also to be specifically understood that I do hereby give and devise to my son, Bowden Lucas, the

_____J. V. Lucas_____ (SEAL)

place where he now lives and on which he built a home, together with sufficient land around the same so that he shall receive sufficient land to equal one-ninth (1/9) of the value of all the surface of my land. I also want it specifically understood that I do hereby give and devise to my daughter, Blanche Lucas Perdue, the home where she now lives with sufficient land around the same so that she will receive an amount equal to one-ninth (1/9) of the value of all the surface of my land. I want it further specifically understood that the engineer or surveyor and other competent men selected to make the division of the surface of my land shall not take into consideration the value of the improvements on the lands hereby divised to Paul Lucas, Bowden Lucas and Blanche Lucas Perdue. All the rest of the surface of the land not hereby devised to Paul Lucas, Bowden Lucas and Blanche Lucas Perdue shall be divided equally among the other six (6) of my children, namely, Ida Gatewood, Elizabeth Dalley, Seybert Lucas, Ray Lucas, Grady Lucas and Laine Lucas.

### III

I give, devise and bequeath to my nine (9) children all the coal, oil, gas and other minerals underlying the surface of all the lands of which I may die seized, share and share alike.

### IV

All the personal property of which I die seized, after the payment of my debts and funeral expenses, I give, devise and bequeath to my nine children and my wife, Lydia Lucas, share and share alike.

### V

I nominate and appoint Paul Lucas Executor of this my last will and testament and direct that he be permitted to qualify without the giving of any bond.

                                             *J. V. Lucas* (SEAL)

-2-

_____ (SEAL)
J. V. Lucas

The above signature of the testator was made and the foregoing will was acknowledged to be his last will and testament by the said testator, in the presence of us, two (2) competent witnesses present at the same time; and we, the said witnesses, hereunto subscribed the said will on the date last above written, at his request as attesting witnesses, in the presence of the said testator and of each other; and we certify that he was then of sound mind and over the age of twenty-one (21) years.

R. H. Casto
James Butcher

STATE OF WEST VIRGINIA, COUNTY OF LOGAN, TO-WIT:
IN THE OFFICE OF THE CLERK OF THE COUNTY COURT:

The foregoing paper was this the 18th day of January 19 61, at 9:05 A.M., presented to me in my office, and thereupon, together with a certificate thereunto annexed is admitted to record.

Recording fee $ 1.50

Teste: LUTHER MOUNTS, CLERK
By Cleo Francis, Deputy