EXHIBIT B

LAND WHOLLY OWNED BY J.V. LUCAS AT THE TIME OF THE DEATH OF J.V. LUCAS
WHICH LAND INCLUDED THE GAS, OIL AND MINERALS LOCATED UNDERNEATH THE LAND

(September 22, 1933 Deed from Robert Bland, Special Commissioner to J.V. Lucas, Deed Bk. V. 102, p. 335 does not include coal)

## DEED BOOK VOL. 70, P. 37.

**January 16, 1923 Deed from Elbert Ferrell and Lena Ferrell to J.V. Lucas**

All that certain tract or parcel of land lying and situate on the waters of Big Creek in Chapmanville District, Logan County, West Virginia, and bounded and described as follows to wit:

BEGINNING at the mouth of a drain, opposite what was formerly the Lefridge Barker tract of land, and running up the same with its meanders and said Barkers land, S 52 W 375 feet, S 37 ½ W 961 feet to a hickory on top of the ridge, thence up the same S 23 E 110 feet, S 59 E 132 feet, S 13 E 326 feet, 56 ½ W 365 feet to a linn and chestnut oak corner to Lanza Vancover's land, S 42 ½ E 141 feet to a small sugar and hickory corner to what was formerly Limmie, Eva and Leanzas land and with Linnie Ferrells land dawn a spur S 72 ¼ E 256 feet, N 80 E 298 feet, N 77 E 231 feet, N 54 E 210 feet to a stake corner to the Meeting House property N 68 ½ E 205 feet to a beech near the road on Meeting house branch, N 40 E 200 feet crossing branch to a Stake in line of Elbert Ferrells land and with same down Meeting House branch N 12 E 475 feet N 18 W 326 feet N 31 ½ W 248 feet, N 47 W 245 feet, N 24 W 312 feet to the Begginning, and being the same land conveyed to the Emma E. Ferrell and the said Emma E. Ferrell and Sarah J. Ferrell to the party of the first part by deed dated November 16th, 1911, and conveyed to the said Emma E. Ferrell by Martha J. Farrell by deed dated March 18, 1896, and now of record in the office of the Clerk of the County Clerk of Logan County, West Virginia, in Deed Book "F" at page 51, to which deed reference is here had for a more particular description of the property hereby conveyed.

## DEED BOOK VOL. 71, P. 82

**May 5, 1923 Deed from Julia B. Toney and Wallace Toney, her husband, B.R. Lucas and Sallie Lucas, his wife, Fanny B. McKinney and William McKinney, her husband, H.H. Lucas (single), R.L. Lucas and Fanny Lucas, his wife, Virgie Lucas (single) and Fry Lucas and Frances Lucas, his wife to J.V. Lucas.**

All the following described lots or parcels of real estate situate lying and being a part of that certain tract of land conveyed unto NaNCY Ellen by Nancy Foster by a deed dated September 12, 1874, and recorded in the County Clerk's office of Logan County, West Virginia, in Deed Book F page 72, to wit:

No. 1. Lot No. 9 on the hillside in the said Ellen Lucas tract bounded and described as follows:

Beginning at a stake at call of sugar and elm corner of the Jacob Haner survey, which is located S 72° 42' E 429 feet from a white oak corner of said survey, thence with part of one line same, S 74 E 810 feet to a stone, and beech pointer on the hillside, corner of Lot No. 8 and with one line of same S. 56° 15' W 830 feet to the center of Big Creek, thence down the creek N 12° 10' W 159 feet N 2° E 318 feet, N 25° W 214 feet to the place of beginning containing 5 1/5 acres, more or less.

No. 2. Lot No. 2 in the bottom in the said Ellen Lucas tract, bounded and described as follows:

Beginning at the set stone corner of Lot No. 1 and in Lower edge of Proposed road, thence with Lot No. 1 S 27° 30 E 350 feet to a stake in center of Trace Fork of Bi[g] Creek, thence down said Trace Fork S 65° W 140 feet to a stake opposite a set stone corner of Lot No. 5 and with same N 26° 45' W 375 feet to a set stone on lower line of proposed road and with same, S 73° 45' [W] 140 feet to the plae of beginning, containing 1.5 acres more or less.

ALSO all the following described lots or parcels of real estate on Big Creek, Chapmanville District, Logan County, West Virginia and being part of that certain tract og land conveyed unto Fry Lucas and Ellen Lucas, his wife by John Millins by a deed dated December 29, 1888, and recorded in said Clerk's office in Deed Book N page 223 to wit:

No. 1. Lot No. 8 in the Fry and Ellen Lucas tract, bounded and described as follows:

BEGINNING at a set stone on top of the ridge corner of Lot No. 7, and with one line of same S 43° W 109 feet to a set stone in back line of proposed road and with same S 64° 15' E 140 feet, S 40° E 57.6 feet S 54° 15' E 25 feet to a set stone corner of lot No. 9 and with one line of same N 40° E 1042 feet to a set stone and 2 black oak pointers on top of the ridge, and with said ridge N 33° 30' W 70 feet, N 41° W 93 feet West 15 feet to the place of Beginning containing 44 acres more or less.

No. 2 Lot No. 4 in the bottom in the Fry and Ellen Lucas tract, bounded and described as follows:

BEGINNING at the corner of Lot No. 3 and in lower line of proposed road, thence with said road, S 26° E 100 feet to a set stone, corner of Lot No. 5, and with one line of same, N 12° 50' W 108 feet, to corner of Lot No. 3 and with same N 64° E 195 feet to the place of Beginning, containing 48 acres more or less.

A map showing the sub-division of said Ellen Lucas tract and also the sub-division of said Fry Lucas and said Ellen Lucas tract marked "Map showing Division of Ella Lucas (deceased) and Fry and Ella Lucas Estate (and said Ella Lucas deceased) Logan County, W Va., is to be filed and recorded in the County Court Clerk's office of Logan County, West Virginia and reference is here made to said map for further description of the lands hereby conveyed and for the location and description of proposed roads.

## **DEED BOOK VOL. 77, P. 224**

**November 6, 1924 Deed from Tony Johnson and Verna Johnson to J.V. Lucas**

All certain lot, piece, parcel of ground situate in the RIVER VIEW ADDITION to BIG CREEK, Logan County, West Virginia, known and designated on a certain plat of the said River View Addition, to be filed in the office of the Clerk of the County Court of Logan County, West Virginia as Lot Number 23 and 24.

## DEED BOOK VOL. 78, P. 170

**November 6, 1924 Deed from Tony Johnson and Verna Johnson, his wife to J.V. Lucas**

All of Two (2) certain lots, pieces or parcels of ground, situate in the River View Addition to Big Creek, Logan County, West Virginia, known and designated on a certain plat of the said River View Addition to be filed in the office of the Clerk of the County Court Logan County, West Virginia, as Lots Number 23 and 24.

## DEED BOOK VOL. 92, P. 183

**July 1, 1929 Deed from Robert Lucas and Delia Lucas, his wife, to J.V. Lucas**

All that certain piece or parcel of land lying and situate on the waters of Big Creek in Chapmanville District, Logan County, West Virginia, and being what is known as Lot No. 1 in the bottom of the Ellen Lucas tract of land and bounded and described as follows, to wit:

BEGINNING at a stone on the lower side of the proposed road and in what is known as the Martin line and with same S 41° E 360 feet to the center of Trace Fork; thence down the same S 65 W 188 feet to a stake in the center of the Creek opposite a set stone in line of Lot No. 2 and with same N 27° 30' W 350 feet to a stone on lower side of proposed road and with same N 73 45 E 95 feet to the place of BEGINNING, containing 1.15 acres, more or less.

## DEED BOOK VOLUME 102. P. 335

**September 22, 1933 Deed from Robert Bland, Special Commissioner, party of the first part and J.V. Lucas**

All the following described real estate, situate in the District of Chapmanville, County of Logan, state of West Virginia, to wit:

A tract of one hundred fifty (150) acres of land, bounded and described as follows:

BEGINNING at a stake on the west bank of said Big Creek, intended as a corner between the said F.S. Vickers and Hibbard Justice, thence a west course with a marked line between said F.S. Vickers and the said Hibbard and John Justice to the knob at the head of the C. I. Stone Branch; thence along on top of the dividing ridge between said Stone Branch and the Baker Branch to Laura Butcher land; thence down the hill with said Laura Butcher line to William Perry's land; thence down the branch with the Perry's line to a sycamore tree attending on the right bank of the Baker Branch, just below where the said William Perry now lives; thence crossing the branch on the said Perry line to the top of the mountain to Charles Vickers' line; thence down the hill with said Charles Vickers line to the Baker Branch; thence down said branch with its meanders to Big Creek; thence down Big Creek with its meanders to the beginning corner, containing one hundred fifty acres, be the same more or less.
Less forty acres of surface which the defendant sold and conveyed to Crockett Butcher by deed dated July 10, 1914.

## DEED BOOK VOL. 122, P. 336

**May 12, 1939 Deed from Virgie Lucas Turner and Edward Turner, her husband to J.V. Lucas**

     All that certain piece or parcel of land lying and situated on Big Creek in Chapmanville District, Logan County, West Virginia and known as Lot No. 7 of the Fry and Ella Lucas tract of land Beginning at a set stone on top of the ridge corner of Lot No. 6 and with one line of same S 49° W 1037 feet to a set stone on [ ] line of proposed road and with same S 49° 30' E 28 feet, S 57° 30' E 96 feet, S 64° 15' E 120 feet, to a set stone, corner of Lot No. 8 and with same, N 43° E 1092 feet to a set stone on top of the ridge and thence with said ridge West 148 feet, N 62° 15' W 37 feet to the place of Beginning continuing 4.4 acres [ ] the same more or less.

     This being the same real estate that was conveyed to Virgie Lucas, a single woman, by J.V. Lucas, et. al. by deed dated on the 5th day of May, 1923 which said deed is recorded in Deed Book No. 71 at page 226 of the records of the Clerk of the County Court of Logan County, West Virginia.